Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-335RSL |
| Plaintiff, | |
| v. | [PROPOSED]<br>**FINAL ORDER OF FORFEITURE** |
| BALVINO MACIAS TERAN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One (1) Beretta, Pietro S.P.A. 92FS, 9mm Pistol, bearing Serial Number L08257Z.

The Court, based on the record, FINDS:

- In the plea agreement entered on June 13, 2017, Defendant BALVINO MACIAS TERAN ("the Defendant") agreed to forfeit his interest in the above-listed property. Dkt. 86;

- On October 20, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it. Dkt. 117;

- The United States published notice of the Preliminary Order of Forfeiture and its intent to dispose of the above-listed property in accord with governing law. *See* Dkt. 120. The published notice informed any third parties claiming an interest in the property that they were required to file a petition with the Court within 60 days of the notice's first publication on October 21, 2017. *Id.* The United States provided direct notice to potential third parties as required by Fed. R. Crim. P. 32.2(b)(6)(A). No third party has filed a petition for the above-identified property, and the relevant periods for doing so have expired. *See* 21 U.S.C. § 853(n)(2), Fed. R. Crim. P. 32.2(b)(6), and Fed. R. Civ. P., Supp. R. G(5)(a)(ii).

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Justice, and/or its representatives, are authorized to dispose of the above-listed property as permitted by law.

IT IS SO ORDERED.

DATED this 23rd day of March, 2018.

_____
ROBERT J. LASNIK
UNITED STATES DISTRICT JUDGE

1  Presented by:
2
3  *s/Matthew H. Thomas*
   MATTHEW H. THOMAS
4  Assistant United States Attorney
   United States Attorney's Office
5  1201 Pacific Avenue, Suite 700
6  Tacoma, WA 98402
   Telephone:  (253) 428-3800
7  Facsimile:   (253) 428-3826
8  E-Mail: Matthew.H.Thomas@usdoj.gov

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28