The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BALVINO MACIAS TERAN,<br><br>Defendant. | NO. 16-CR-335-RSL<br><br>**ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

    a.    Counsel for the defendant shall file any amended or supplement motion on or before November 30, 2020;

    b.    The government's response to the motion shall be filed on or before December 14, 2020; and

    c.    Any defense reply shall be filed on or before December 18, 2020, and the matter noted for that date.

DATED this __16th__ day of November, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Teran,* 16-CR-335-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970