The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BALVINO MACIAS TERAN, et al.,<br><br>Defendant. | NO. CR16-335 RSL<br><br>**ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE** |

This Court, having reviewed the Motion for Extension of time to File Response, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The government's response to the motion should be filed on or before August 20, 2021; and

b. Any reply should then be filed on or before August 26, 2021; and

c. The matter noted for August 27, 2021.

DATED this __23rd__ day of July, 2021.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Teran*, CR16-0335 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970